NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FOTO ELECTRIC SUPPLY CO., INC.,**
*Plaintiff-Appellant*

**v.**

**MARUT ENTERPRISES LLC, BRETT MARUT,**
*Defendants-Appellees*

---

2025-1726

---

Appeal from the United States District Court for the Southern District of New York in No. 1:24-cv-05540-JSR, Judge Jed S. Rakoff.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Foto Electric Supply Co., Inc. moves to dismiss its own appeal under Federal Rule of Appellate Procedure 42(b), contending that it is "no longer . . . necessary" based on "Marut[ Enterprises LLC]'s continued inaction," Mot. at 6–7.  Marut does not oppose dismissal but otherwise disagrees with the contentions of Foto's motion.

2     FOTO ELECTRIC SUPPLY CO., INC. v. MARUT ENTERPRISES LLC

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted only to the extent the appeal is dismissed and each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 16, 2025
Date

ISSUED AS A MANDATE: September 16, 2025